UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS
BOARD,

        Applicant,                      No. 14-50266

v.                                        District Judge Sean F. Cox
                                           Magistrate Judge R. Steven Whalen

JUSTIN CHAMBERS

        Respondent.
_____ /

**ORDER**

On February 28, 2014, Applicant National Labor Relations Board ("NLRB") filed a motion and supplemental brief to enforce subpoena directed at Respondent Justin Chambers [Doc. #1 and #2]. On March 24, 2014, I entered an order directing Mr. Chambers "to show cause in writing, on or before APRIL 7, 2014, why this Court should not grant the NLRB's motion. Mr. Chambers' failure to respond in writing will result in an order granting the NLRB's motion." [Doc. #5].

To date, Mr. Chambers has not responded to either the NLRB's motions or my order to show cause.

Therefore, pursuant to § 11(2) of the National Labor Relations Act, 29 U.S.C. § 151 *et seq*., the NLRB's motion to enforce subpoena [Doc. #1] is GRANTED. Respondent Justin Chambers shall appear before a Board agent in Case 7-CA-114356, at such time and place as the Regional Director may designate, to give signed sworn affidavit testimony pursuant to the investigative subpoena ad testificandum (No. A-974880) served upon him by regular and certified mail on or about December 23, 2013,

and to answer any and all questions relevant to the matters in question before the Board.

Applicant NLRB shall serve a copy of this order on Respondent Justin Chambers by regular and certified mail, at the address to which the subpoena was mailed.

Mr. Chambers' failure to appear as directed may subject him to sanctions for contempt of court.


IT IS SO ORDERED.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Date: April 10, 2014


I hereby certify that a copy of this document was sent to parties of record on April 10, 2014, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable R. Steven Whalen